Micha Danzig (SBN 177923)
mdanzig@mintz.com
Andrew D. Skale (SBN 211096)
askale@mintz.com
Benjamin L. Wagner (SBN 243594)
blwagner@mintz.com
Justin S. Nahama (SBN 281087)
jsnahama@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:   (858) 314-1501

Attorneys for Plaintiff
CROSSFIT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MAXIMUM HUMAN PERFORMANCE, LLC, a Delaware LLC,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:12-cv-02348-BTM-MDD<br><br>**JOINT MOTION TO EXTEND TIME TO SUBMIT PRELIMINARY INJUNCTION BOND AMOUNT PROPOSAL**<br><br>Dept.:       15<br>The Honorable Barry T. Moskowitz<br><br>Complaint Filed: 09/26/12 |

///
///
///
///
///
///
///
///
///

WHEREAS, CrossFit, Inc. ("Plaintiff") filed its Complaint on September 26, 2012 ("Complaint");

WHEREAS, Plaintiff also filed a Motion for Preliminary Injunction on September 27, 2012;

WHEREAS, the Court granted Plaintiff's Motion for Preliminary Injunction on April 13, 2013;

WHEREAS, in its Order granting the preliminary injunction, the Court directed the parties to confer and submit a proposed bond amount, or, alternatively, submit written argument addressing the bond amount, by April 26, 2013;

WHEREAS, because the parties are presently engaged in settlement discussions, and Defendant is agreeable to not having a bond in place or providing a submission regarding a bond for thirty (30) days of additional time;

WHEREAS, Plaintiff and Defendant believe that good cause exists to extend by thirty (30) days the time for the parties to confer about the preliminary injunction proposed bond amount, and the setting of a bond, if any;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that the time for the parties to confer about the preliminary injunction proposed bond amount be extended to May 29, 2013.

Date: April 26, 2013                    MINTZ LEVIN COHN FERRIS GLOVSKY
                                        AND POPEO PC

                                        By: s/Ben L. Wagner, Esq.
                                        Micha Danzig, Esq.
                                        Andrew D. Skale, Esq.
                                        Benjamin L. Wagner, Esq.
                                        Justin S. Nahama, Esq.

                                        Attorneys for Plaintiff
                                        CROSSFIT, INC.

1

Case No. 3:12-cv-02348-BTM-MDD

Date: April 26, 2013                    CANTOR COLBURN LLP

                                        By: s/Michael J. Rye, Esq.
                                            Michael J. Rye, Esq.
                                            Thomas J. Mango, Esq.

                                        Attorneys for Defendant
                                        MAXIMUM HUMAN PERFORMANCE, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael J. Rye, counsel for Defendant Maximum Human Performance, LLC, and that I have obtained Mr. Rye's authorization to affix his electronic signature to this document.

Date: April 26, 2013                    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

                                        By: s/Ben L. Wagner, Esq.
                                            Micha Danzig, Esq.
                                            Andrew D. Skale, Esq.
                                            Benjamin L. Wagner, Esq.
                                            Justin S. Nahama, Esq.

                                        Attorneys for Plaintiff
                                        CROSSFIT, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 26, 2013, I filed a copy of the following document:

**JOINT MOTION TO EXTEND TIME TO SUBMIT PRELIMINARY INJUNCTION BOND AMOUNT PROPOSAL**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Benjamin L Wagner | bwagner@mintz.com, Docketing@mintz.com, kjenckes@mintz.com |
| Daniel Scott Silverman | dsilverman@venable.com, jcontreras@venable.com |
| Michael J. Rye | mrye@cantorcolburn.com |
| Thomas Joseph Mango | tmango@cantorcolburn.com, cwilkinson@cantorcolburn.com |

Executed on April 26, 2013, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

s/Ben L. Wagner
Benjamin L. Wagner, Esq.

17020190v.1